1  FRIEDMAN DUMAS & SPRINGWATER LLP
   ELLEN A. FRIEDMAN (S.B. NO. 127684)
2  M. ELAINE HAMMOND (S.B. NO. 197444)
   HILL BLACKETT, III (S.B. NO. 086882)
3  150 Spear Street, Suite 1600
   San Francisco, CA 94105
4  Telephone Number:  (415) 834-3800
   Facsimile Number:  (415) 834-1044
5
   Proposed Attorneys for Debtor
6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  In re                          Case No. 10-30413

13  Hermann Street DE, LLC,        Chapter 11

14          Debtor.                **VERIFICATION OF MASTER
                                   ADDRESS LIST**
15  Tax ID: 20-2437706

16

17          I declare under penalty of perjury that the Master Address List submitted for

18  filing in this case electronically as "pure text" (not delimited) in a file with a .txt extension,

19  listing a total of 72 creditors, is a true, correct, and complete listing to the best of the Debtor's

20  knowledge.  I acknowledge that the accuracy and completeness of the Master Address List is

21  the shared responsibility of the debtor and the debtor's attorney.  I further acknowledge that

22  the Court will rely on the Master Address List for all mailings, and that the various schedules

23  and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy

24  Procedure will not be used for mailing purposes.

25  Dated: February 8, 2010          FRIEDMAN DUMAS & SPRINGWATER LLP

26                                   By:   _/s/ M. Elaine Hammond_
                                          M. Elaine Hammond
27                                        Attorneys for Debtor

28

{00491836.DOC v
1}
                                        VERIFICATION OF MASTER ADDRESS LIST

124 Mason LLC
2099 Market St.
San Francisco, CA 94114


AICCO
45 East River Park Place West Ste. 308
Fresno, CA 93720


AT&T
Payment Center
Sacramento, CA 95887-0001


Adam Messner
128 Staduim Ave.
Mill Valley, CA 94941


Ali Ibrahim Dib
1592 Union St #410
San Francisco, CA 94123


Ana Belen Castillo
1370 Mission Street
San Francisco, CA 94103


Bank of America NA
c/o Nixon Peabody LLP
Attn: John R. Garibaldi and Todd Toral
One Embarcadero Center, Suite 1800
San Francisco, CA 94111


Barbara Troast
2656 Van Ness Ave#02
San Francisco, CA 94109


Bleyle Elevator, Inc.
P.O. Box 968
Pacifica, CA 94044


Buchalter Nemer
Attn: Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105


BullsEye Telecom
PO Box 33025
Detroit, MI 48232-5025


C R Reichel Engineering Co Inc.
718 Natoma Street
San Francisco, CA 94103

Case: 10-30413   Doc# 2   Filed: 02/08/10   Entered: 02/08/10 11:53:17   Page 2 of 8

CW Capital Asset Management LLC
c/o Nixon Peabody LLP
Attn: John R. Garibaldi and Todd Toral
One Embarcadero Center, Suite 1800
San Francisco, CA 94111


CW Capital/BofA
701 13th Street NW Suite 1000
Washington, DC 20005


Centerline/Nomura
522 N. O'Connor Blvd, Suite 600
Irving, TX 75039


Citi Funding Group, Inc
2099 Market Street
San Francisco, CA 94114


Citi Properties LLC
2099 Market Street
San Francisco, CA 94114


CitiApartments, Inc.
2099 Market Street
San Francisco, CA 94114


Cosco Fire Protection Inc.
240 S. Vasco Road
Livermore, CA 94551


Dept of Housing & Urban Development
Regional Counsel
450 Golden Gate Avenue
P.O. Box 36003
San Francisco, CA 94102


Dewey Pest Control
6300 3rd Street
San Francisco, CA 94124


Discount Builders Supply
1695 Mission Street
San Francisco, CA 94103


Econoquality Janitorial Service
300 Buchanan Street #609
San Francisco, CA 94102


Employment Development Department
State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880

Case: 10-30413   Doc# 2   Filed: 02/08/10   Entered: 02/08/10 11:53:17   Page 3 of 8

Sacramento, CA 94280-0001


Ericksen, Arbuthnot, et al
Attn: Clinton S. Hein
100 Bush Street, Suite 900
San Francisco, CA 94104


Eva Arce
725 Ellis St#204
San Francisco, CA 94109


FBE Mabuhay Builders
676 Geary Street Suites C
San Francisco, CA 94102


Factual Data
PO Box 1153
Loveland, CA 90539


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Frank Lembi
2099 Market Street
San Francisco, CA 94114


Gabriel Gucho
3288 21st Street
San Francisco, CA 94110


Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612-5210


Jonald Brosas
11231 Snowbell Place
Fontana, CA 92337


Kate Watkins
626 Steiner St.
San Francisco, CA 94117


Kelsey Saunders
750 Gonzales Drive E8H
San Francisco, CA 94132


Lem-Sal Properties
2099 Market St.

Case: 10-30413   Doc# 2   Filed: 02/08/10   Entered: 02/08/10 11:53:17   Page 4 of 8

HERMANN

San Francisco, CA 94114


Lemray Properties
2099 Market St.
San Francisco, CA 94114


Lewis Maldonado
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105


Marconi Hernandez
1289 Knowles Ave
Carlsbad, CA 92008


Mark Wallace
4134 Walnut Drive
Pleasanton, CA 94566


Martin Zaragoza
950 Franklin St.
San Francisco, CA  94109


Mathew Polin
100 McAllister Street #1013
San Francisco, CA 94102


Mehal Patel
1160 Mission St #2101
San Francisco, CA 94103


Milan Evje
PO Box 14393
Santa Rosa, CA 95402


One Source Plumbing
PO Box 3211
San Rafael, CA 94912-3211


PG&E
PO Box 997300
Sacramento, CA 95899


Patrick Bower
940 Hayes St#26
San Francisco, CA 94109


R L & F Service
One Rodney Square
PO Box 551

Page 4

Wilmington, DE 19899


Rancho Grande Appliances
2890 Bryant Street
San Francisco, CA 94110


S.F. Tax Collector
Business Tax Division
P.O. Box 7425
San Francisco, CA 94120-7425


S.F. Tax Collector
Property Taxes
P.O. Box 7426
San Francisco, CA 94120-7426


S.F. Water Department
PO Box 7369
San Francisco, CA 94120


San Francisco City Attorney's Office
Attn: Yvonne Mere, Deputy City Attorney
1390 Market St. 6th Floor
San Francisco, CA 94102


Secretary of State
State of California
1500 - 11th Street
Sacramento, CA 95814


Seeger Salvas LLP
Attn: Kenneth M. Seeger
455 Market Street, Suite 1530
San Francisco, CA 94105


Special Delivery
PO Box 422127
San Francisco, CA 94142


State Board of Equalization
State of California
Acct Analysis & Control Section, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Sunset Scavenger
PO Box 7360
San Francisco, CA 94120


Superior Plumbing
22 Guerrero St.
San Francisco, CA 94114

Susan L. Uecker
Uecker & Associates, Inc.
100 Pine Street, Suite 475
San Francisco, CA 94111


Task Company
224 Persia St.
San Francisco, CA 94112


The Recorder
10 United Nations Plaza 3rd Floor
San Francisco, CA 94102


Tracy Fallon
2 Guerrero St.
San Francisco, CA 94103


Trophy Properties One
2099 Market St.
San Francisco, CA 94114


Tung Huan Yu
15929 82nd Ave
Surrey BC
Canada V4N OR2


United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3400


Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622


Wachovia/Nomura
MAC D1100-090
201 S College Street 9th Floor
Charlotte, NC 28244-0002


Wartelle, Weaver & Schreiber
West Bay Law
Attn: Paul F. Wartelle
369 Pine Street, Ste. 506
San Francisco, CA 94104


Xiao Yu Hu
1045 Mission St #3262
San Francisco, CA 94103

HERMANN

Yaojin Wong
675 O'Farrell St #10
San Francisco, CA 94109


Zaldy Tamayo
38 Oaklawn St#1
Daly City, CA 94015

Case: 10-30413   Doc# 2   Filed: 02/08/10   Entered: 02/08/10 11:53:17   Page 8 of 8