# Notice Recipients

District/Off: 0971−3     User: awong     Date Created: 2/10/2010
Case: 10−30413     Form ID: B9F     Total: 83

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Hermann Street DE, LLC | 2099 Market Street | San Francisco, CA 94114 | | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |
| aty | M. Elaine Hammond | Friedman, Dumas and Springwater | 150 Spear St. #1600 | San Francisco, CA 94105 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacrament, CA 94230 | |
| smg | IRS | P.O. Box 21126 | Philadelphia, PA 19114 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| 10665977 | 124 Mason LLC | 2099 Market St. | San Francisco, CA 94114 | | |
| 10665978 | AICCO | 45 East River Park Place West Ste. 308 | Fresno, CA 93720 | | |
| 10665979 | AT | Payment Center | Sacramento, CA 95887−0001 | | |
| 10665980 | Adam Messner | 128 Staduim Ave. | Mill Valley, CA 94941 | | |
| 10665981 | Ali Ibrahim Dib | 1592 Union St #410 | San Francisco, CA 94123 | | |
| 10665982 | Ana Belen Castillo | 1370 Mission Street | San Francisco, CA 94103 | | |
| 10665983 | Bank of America NA | c/o Nixon Peabody LLP | Attn: John R. Garibaldi and Todd Toral | One Embarcadero Center, Suite 1800 | San Francisco, CA 94111 |
| 10665984 | Barbara Troast | 2656 Van Ness Ave#02 | San Francisco, CA 94109 | | |
| 10665985 | Bleyle Elevator, Inc. | P.O. Box 968 | Pacifica, CA 94044 | | |
| 10665986 | Buchalter Nemer | Attn: Shawn M. Christianson | 333 Market Street, 25th Floor | San Francisco, CA 94105 | |
| 10665987 | BullsEye Telecom | PO Box 33025 | Detroit, MI 48232−5025 | | |
| 10665988 | C R Reichel Engineering Co Inc. | 718 Natoma Street | San Francisco, CA 94103 | | |
| 10668613 | C.R. Reichel Engineering | 718 Natoma St. | San Francisco, CA 94103 | | |
| 10665989 | CW Capital Asset Management LLC | c/o Nixon Peabody LLP | Attn: John R. Garibaldi and Todd Toral | One Embarcadero Center, Suite 1800 | San Francisco, CA 94111 |
| 10665990 | CW Capital/BofA | 701 13th Street NW Suite 1000 | Washington, DC 20005 | | |
| 10665991 | Centerline/Nomura | 522 N. O'Connor Blvd, Suite 600 | Irving, TX 75039 | | |
| 10665992 | Citi Funding Group, Inc | 2099 Market Street | San Francisco, CA 94114 | | |
| 10665993 | Citi Properties LLC | 2099 Market Street | San Francisco, CA 94114 | | |
| 10665994 | CitiApartments, Inc. | 2099 Market Street | San Francisco, CA 94114 | | |
| 10665995 | Cosco Fire Protection Inc. | 240 S. Vasco Road | Livermore, CA 94551 | | |
| 10665996 | Dept of Housing &Urban Development | Regional Counsel | 450 Golden Gate Avenue | P.O. Box 36003 | San Francisco, CA 94102 |
| 10665997 | Dewey Pest Control | 6300 3rd Street | San Francisco, CA 94124 | | |
| 10665998 | Discount Builders Supply | 1695 Mission Street | San Francisco, CA 94103 | | |
| 10665999 | Econoquality Janitorial Service | 300 Buchanan Street #609 | San Francisco, CA 94102 | | |
| 10666000 | Employment Development Department | State of California | Bankruptcy Unit – MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| 10666001 | Ericksen, Arbuthnot, et al | Attn: Clinton S. Hein | 100 Bush Street, Suite 900 | San Francisco, CA 94104 | |
| 10666002 | Eva Arce | 725 Ellis St#204 | San Francisco, CA 94109 | | |
| 10666003 | FBE Mabuhay Builders | 676 Geary Street Suites C | San Francisco, CA 94102 | | |
| 10666004 | Factual Data | PO Box 1153 | Loveland, CA 90539 | | |
| 10666005 | Franchise Tax Board | Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| 10666006 | Frank Lembi | 2099 Market Street | San Francisco, CA 94114 | | |
| 10666007 | Gabriel Gucho | 3288 21st Street | San Francisco, CA 94110 | | |
| 10668612 | Gabriel Gucho Plumbing | 22 Guerrero St. | San Francisco, CA 94115 | | |
| 10666008 | Internal Revenue Service | Special Procedures Section | 1301 Clay Street, Stop 1400S | Oakland, CA 94612−5210 | |
| 10666009 | Jonald Brosas | 11231 Snowbell Place | Fontana, CA 92337 | | |
| 10666010 | Kate Watkins | 626 Steiner St. | San Francisco, CA 94117 | | |
| 10666011 | Kelsey Saunders | 750 Gonzales Drive E8H | San Francisco, CA 94132 | | |
| 10666012 | Lem−Sal Properties | 2099 Market St. | San Francisco, CA 94114 | | |
| 10666013 | Lemray Properties | 2099 Market St. | San Francisco, CA 94114 | | |
| 10666014 | Lewis Maldonado | US EPA Region 9 Bankruptcy Contact | Office of Regional Counsel, ORC−3 | 75 Hawthorne Street | San Francisco, CA 94105 |
| 10666015 | Marconi Hernandez | 1289 Knowles Ave | Carlsbad, CA 92008 | | |
| 10666016 | Mark Wallace | 4134 Walnut Drive | Pleasanton, CA 94566 | | |
| 10666017 | Martin Zaragoza | 950 Franklin St. | San Francisco, CA 94109 | | |
| 10666018 | Mathew Polin | 100 McAllister Street #1013 | San Francisco, CA 94102 | | |
| 10666019 | Mehal Patel | 1160 Mission St #2101 | San Francisco, CA 94103 | | |
| 10666020 | Milan Evje | PO Box 14393 | Santa Rosa, CA 95402 | | |
| 10666021 | One Source Plumbing | PO Box 3211 | San Rafael, CA 94912−3211 | | |
| 10666022 | PG | PO Box 997300 | Sacramento, CA 95899 | | |
| 10666023 | Patrick Bower | 940 Hayes St#26 | San Francisco, CA 94109 | | |

| ID | Name | Address 1 | Address 2 | Address 3 |
|---|---|---|---|---|
| 10666024 | R L &F Service | One Rodney Square | PO Box 551 | Wilmington, DE 19899 |
| 10668614 | RLFService | PO Box 551 | Wilmington, DE 19899 | |
| 10666025 | Rancho Grande Appliances | 2890 Bryant Street | San Francisco, CA 94110 | |
| 10666026 | S.F. Tax Collector | Business Tax Division | P.O. Box 7425 | San Francisco, CA 94120–7425 |
| 10666027 | S.F. Tax Collector | Property Taxes | P.O. Box 7426 | San Francisco, CA 94120–7426 |
| 10668611 | S.F. Water Department | PO Box 3211 | San Rafael, CA 94912 | |
| 10666028 | S.F. Water Department | PO Box 7369 | San Francisco, CA 94120 | |
| 10666029 | San Francisco City Attorney's Office | Attn: Yvonne Mere, Deputy City Attorney | 1390 Market St. 6th Floor | San Francisco, CA 94102 |
| 10666030 | Secretary of State | State of California | 1500 – 11th Street | Sacramento, CA 95814 |
| 10666031 | Seeger Salvas LLP | Attn: Kenneth M. Seeger | 455 Market Street, Suite 1530 | San Francisco, CA 94105 |
| 10666032 | Special Delivery | PO Box 422127 | San Francisco, CA 94142 | |
| 10666033 | State Board of Equalization | State of California | Acct Analysis &Control Section, MIC:29 | P.O. Box 942879 Sacramento, CA 94279–0029 |
| 10666034 | Sunset Scavenger | PO Box 7360 | San Francisco, CA 94120 | |
| 10666035 | Superior Plumbing | 22 Guerrero St. | San Francisco, CA 94114 | |
| 10666036 | Susan L. Uecker | Uecker &Associates, Inc. | 100 Pine Street, Suite 475 | San Francisco, CA 94111 |
| 10666037 | Task Company | 224 Persia St. | San Francisco, CA 94112 | |
| 10666038 | The Recorder | 10 United Nations Plaza 3rd Floor | San Francisco, CA 94102 | |
| 10666039 | Tracy Fallon | 2 Guerrero St. | San Francisco, CA 94103 | |
| 10666040 | Trophy Properties One | 2099 Market St. | San Francisco, CA 94114 | |
| 10666041 | Tung Huan Yu | 15929 82nd Ave | Surrey BC | Canada V4N OR2 |
| 10666042 | United States Attorney | Civil Division | 450 Golden Gate Avenue | San Francisco, CA 94102–3400 |
| 10666043 | Verizon Wireless | PO Box 9622 | Mission Hills, CA 91346–9622 | |
| 10666044 | Wachovia/Nomura | MAC D1100–090 | 201 S College Street 9th Floor | Charlotte, NC 28244–0002 |
| 10666045 | Wartelle, Weaver &Schreiber | West Bay Law | Attn: Paul F. Wartelle | 369 Pine Street, Ste. 506 San Francisco, CA 94104 |
| 10666046 | Xiao Yu Hu | 1045 Mission St #3262 | San Francisco, CA 94103 | |
| 10666047 | Yaojin Wong | 675 O'Farrell St #10 | San Francisco, CA 94109 | |
| 10666048 | Zaldy Tamayo | 38 Oaklawn St#1 | Daly City, CA 94015 | |

TOTAL: 83